UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | | |
|---|---|---|
| DARA LISA JACKSON, | ) | |
| | ) | CASE NO.: 3:14-CV-00438-RCJ-VPC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #18) entered on December 18, 2015, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Remand (ECF #15) and grant Defendant's Cross Motion for Summary Judgment (ECF #16). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #18).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand (ECF #15) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross Motion for Summary Judgment (ECF #16) is GRANTED. The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 5th day of January, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE