AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

DARA LISA JACKSON,

     Plaintiff,    JUDGMENT IN A CIVIL CASE

V.

        CASE NUMBER:  **3:14-cv-00438-RCJ-VPC**

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Cross Motion for Summary Judgment (#16) is **GRANTED**.

  January 5, 2016            **LANCE S. WILSON**
                                       Clerk

                                 /s/ D. R. Morgan
                                  Deputy Clerk